No. 115. WASHINGTON DREDGING & IMPROVEMENT COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE KINNEAR AND ANGIE KINNEAR, HIS WIFE; JOHN R. KINNEAR AND LETA KINNEAR, HIS WIFE, ET AL. In error to the Supreme Court of the State of Washington. Submitted Decem-

ber 6, 1915.   Decided December 13, 1915.   *Per Curiam.*
Dismissed for want of jurisdiction upon the authority of
*Washington Dredging & Improvement Co.* v. *Washington,*
231 U. S. 742; *Washington Dredging & Improvement Co.* v.
*Washington,* 235 U. S. 688.   *Mr. W. F. Hays* for the plain-
tiff in error.   *Mr. George B. Cole, Mr. George E. de Steiguer*
and *Mr. W. V. Tanner* for the defendants in error.